# Court of Appeals
# of the State of Georgia

ATLANTA,  August 23, 2019

*The Court of Appeals hereby passes the following order:*

**A20D0024. MARIO ROSS v. CHENEA SMALL.**

Chenea Small filed a petition to establish paternity and child support against Mario Ross. The trial court granted Small's petition, awarded Small custody, and ordered Ross to pay child support. Ross has now filed an application for discretionary review of the trial court's order. He is, however, entitled to a direct appeal.

To determine whether a party may bring a direct appeal, we look to the "issue raised on appeal." See *Voyles v. Voyles*, 301 Ga. 44, 45-46 (799 SE2d 160) (2017). Here, Ross argues, among other things, that the trial court erred in its ruling on custody. Pursuant to OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. See OCGA § 19-9-41 (3) (defining "child custody determination" as "a judgment, decree, or other order of a court providing for the legal custody, physical custody, or visitation with respect to a child"). See also (OCGA § 19-9-41 (4) (defining "child custody proceeding" as "a proceeding in which legal custody, physical custody, or visitation with respect to a child is an issue . . . includ[ing] a proceeding for . . . paternity"). Because the trial court's order established custody over the child, and Ross challenges that ruling on appeal, he is entitled to a direct appeal under OCGA § 5-6-34 (a) (11).

This Court will grant an otherwise timely discretionary application if the lower court's order is directly appealable and the applicant has not already filed a notice of appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Ross shall have ten days from the date of this order to file a notice of appeal with the

trial court. If he has already filed a notice of appeal, he need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,   08/23/2019*
      *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ *, Clerk.*